**STATE OF MONTANA,**

**Plaintiff,**
vs.
**FRANCIS J. PEREZ,**
**Defendant.**

No. DC-01-0371
Decision

On March 21, 2005, the defendant was sentenced to Three (3) years in the Montana State Prison, for violation of the conditions of a suspended sentence for the offense of Count I: Assault With a Weapon, a felony.

On August 8, 2005, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Brandon Hartford. The state was represented by Dennis Paxinos.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to continue his sentence review hearing to address the illegal sentencing issue with the sentencing judge, Judge G. Todd Baugh. The state does not object.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be continued to the next available hearing date in November, 2005.

Done in open Court this 8th day of August, 2005.

DATED this 17th day of August, 2005.

Chairperson, Hon. Gary L. Day, Member, Hon. John Whelan and Member, Hon. Randal I. Spaulding.